NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GROVER W. PARROTT,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee*

---

2020-1728

---

Appeal from the United States Court of Appeals for
Veterans Claims in No. 19-371, Judge Coral Wong Pietsch,
Judge William S. Greenberg, Judge Joseph L. Falvey, Jr.

---

**JUDGMENT**

---

DAVID SCOTT JELSMA, Arnold & Porter Kaye Scholer
LLP, Denver, CO, argued for claimant-appellant. Also represented by THOMAS W. STOEVER, JR.

RETA EMMA BEZAK, Commercial Litigation Branch,
Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JEFFREY B. CLARK, CLAUDIA BURKE, ROBERT
EDWARD KIRSCHMAN, JR.; AMANDA BLACKMON, BRIAN D.

GRIFFIN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, TARANTO and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 6, 2021          /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court